**LAW OFFICES OF HENRY F. FURST**
ATTORNEYS AT LAW
52 UPPER MONTCLAIR PLAZA
UPPER MONTCLAIR, NEW JERSEY 07043

HENRY F. FURST
--------------------
JOSHUA M. LURIE
--------------------
MARK J. CINTRON
*Of Counsel*

TELEPHONE: (973) 744-4000
FACSIMILE:  (866) 744-4483

June 30, 2011

**Via Pacer**

Hon. Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

Re:   United States ex rel. Simring v. University Physicians Associates *et al.*
        Civil Action No. 04-3530(PGS)

Dear Judge Sheridan:

We represent the Relator, Dr. Steven Simring.

I enclose a fully executed, original Joint Stipulation and Order of Dismissal in connection with the above matter.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

Henry F. Furst, Esq.

HFF:me
Enclosure

cc:   Michael O'Connor, Esq.
       Ari G. Burd, Esq.
       Jeffrey Toll, Esq.

HENRY F. FURST – 9782
Law Office of Henry F. Furst
52 Upper Montclair Plaza
Montclair, New Jersey 07043
Attorney for Dr. Steven S. Simring

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. STEVEN S. SIMRING, M.D. | : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff, | : : | |
| vs. | : | Civil Action No. 04-3530(PGS) |
| UNIVERSITY PHYSICIAN ASSOCIATES (UPA), UNIVERSITY OF MEDICINE AND DENTISTRY, UMDNJ - UNIVERSITY HOSPITAL, UMDNJ- NEW JERSEY MEDICAL SCHOOL, MICHAEL SAULICH, JAMES LAWLER, CATHERINE GIBBONS, and JOHN DOES 1-25 (EMPLOYEES OF UNIVERSITY PHYSICIAN ASSOCIATES OR UMDNJ), AND ABC CORPORATIONS 1-10  (PRIVATE FOR-PROFIT OR NOT-FOR-PROFIT ENTIES) | : : : : : : : : : : : : : | **JOINT STIPULATION AND ORDER OF DISMISSAL** |
| Defendants. | : : | |

WHEREAS, the Relator has agreed to settle this matter with the Defendants, Kathryn Gibbons and James Lawler, pursuant to a Settlement Agreement dated June 25, 2011, by and among  Kathryn Gibbons, James Lawler and Relator;

IT IS HEREBY STIPULATED AND AGREED that:

1.      Relator hereby dismisses its First Amended Complaint, pursuant to the terms set forth in the Settlement Agreement dated June 25, 2011, and all remaining claims with prejudice against the Defendants, Kathryn Gibbons and James Lawler, as to the Relator as to Relator but without prejudice to the United States.

Henry F. Furst, Esq.

_____
HENRY F. FURST
Attorney for the Relator, Steven S. Simring, M.D.
Law Office of Henry F. Furst
52 Upper Montclair Plaza
Montclair, New Jersey 07043


Michael F. O'Connor, Esq.

_____
MICHAEL F. O'CONNOR, ESQ.
Attorney for Defendant, James P. Lawler
McMoran, O'Connor & Bramley, PC
2399 Hwy. 34
Manasquan, New Jersey 08736


Ari Burd, Esq.

_____
ARI BURD, ESQ.
Attorney for Defendant, Kathryn Gibbons
Giordano, Halleran & Cisela
125 Half Mile Road
Red Bank, New Jersey 07701




**ORDER**


**SO ORDERED** on this _____ day of _____, 2011




_____
HON. PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE