## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. STEVEN S. SIMRING, M.D.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MEDICINE AND DENTISTRY, et als.<br><br>　　　　　Defendants. | Docket No. 04-cv-3530 (PGS)<br><br><br>ORDER |

WHEREAS, pursuant to a Settlement Agreement dated June 25, 2011, the Relator Steven S. Simring, M.D. has agreed to settle this matter with Defendants Kathryn Gibbons and James Lawler; and

WHEREAS, pursuant to the terms set forth in the Settlement Agreement dated June 25, 2011, Relator dismisses its First Amended Complaint and all remaining claims with prejudice against Defendants Kathryn Gibbons and James Lawler, as to the Relator, but without prejudice to the United States; IT IS on this 7th day of July, 2011

ORDERED that the matter be and hereby is dismissed with prejudice and without costs (subject to the application for legal fees filed by plaintiff's counsel (docket no. 91)); and it is further

ORDERED that any party may reopen for good cause shown within sixty days. The Court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.