UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-1126
_____

M.D. STEVEN S. SIMRING,
United States of America, ex rel.

v.

RUTGERS, The State University of New Jersey;
UNIVERSITY HOSPITAL; NEW JERSEY MEDICAL SCHOOL;
JAMES LAWLER; JOHN DOES 1-25, (Employees of University of Medicine and Dentistry), UMDNJ-University
Hospital and/or New Jersey Medical School; CHAIRMAN OF THE BOARD
UNIVERSITY PHYSICIAN ASSOCIATES;
MICHAEL SAULICH; CATHERINE GIBBONS; UNIVERSITY PHYSICIAN
ASSOCIATES OF NEW JERSEY INC.

M.D. Steven S. Simring,
Appellant

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 3-04-cv-03530)
District Judge: Honorable Peter G. Sheridan

_____

Submitted Under Third Circuit LAR 34.1(a)
March 2, 2015

Before: AMBRO, SCIRICA, and ROTH, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record before the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on March 2, 2015.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated December 16, 2013, is hereby affirmed in part vacated in part and remanded.  Costs to be borne equally by Appellant Simring and Appellee Rutgers.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: July 7, 2015